THEODORE ACHENBERG, PLAINTIFF-APPELLEE, v. PUBLIC SERVICE RAILWAY COMPANY, DEFENDANT-APPEL-LANT.

Decided April 7, 1924.

**Evidence—As Reversal Dealt Only With Evidence Relating to the Damage, New Trial Should be Only as to Damages.**

Before Justices KALISCH and KATZENBACH.

For the defendant-appellant, *Leonard J. Tynan*.

For the plaintiff-appellee, *Thomas L. Hanson*.

PER CURIAM.

In this case a *per curiam* was filed February 19th, 1924, in which the judgment of the District Court of the city of Perth Amboy was reversed and a *venire de novo* awarded.

In this case we are of the opinion that as the reversal only dealt with the question of the improper admission, as we believe, of evidence relating to the damages of the plaintiff, that the new trial should be only as to damages. This practice is warranted by rule 147 of the rules of the Supreme Court, which makes applicable to appeals in which a *venire de novo* is directed, rules 131 and 132. Rule 131 provides that "in case a new trial is granted it shall only be a new trial of the question or questions with respect to which the verdict or decision is found to be wrong, if separable."

The former opinion will be modified so as to limit the new trial solely to the question of damages of the plaintiff.